| | |
|---|---|
| 1 | LAWRENCE P. RAMIREZ, (SBN #141550) |
| 2 | LINDSEY ADAMS (SBN #260600) |
| | THE LITIGATION LAW GROUP |
| 3 | 111 North Market Street, Suite 1010 |
| | San Jose, California 95113 |
| 4 | Tel: (408) 971-1119 |
| 5 | Fax: (408) 971-1625 |
| | Email: lpramirez@thellg.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | PORTSTON, INC. |



IT IS SO ORDERED
Judge Vaughn R Walker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

PORTSTON, INC, a California corporation,

    Plaintiff,

vs.

AMIR KHAN d/b/a NAYTAB, INC., NAYTAB SOLUTIONS, INC., a California Corporation,

    Defendants.

CASE No. 09-CV-03086-VRW
Formerly 09-CV-03086PVT
[Case filed July 8, 2009]

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL BASED ON PARTIES SETTLEMENT AGREEMENT**

TO THE COURT AND ALL PARTIES OF RECORD:

    NOTICE IS HEREBY GIVEN that Plaintiff Portston, Inc., voluntarily dismisses the above-entitled action against Defendants Amir Khan d/b/a/ NAYTAB, Inc., Naytab Solutions, Inc., a California Corporation, with prejudice.

    This notice of voluntary dismissal filed with the Court is based on the settlement between the Parties effective December 17, 2009, which the Parties confirmed with a fully executed settlement agreement dated January 6, 2010.

1

1
2  Dated: February 3, 2010                    Respectfully Submitted,
3                                             THE LITIGATION LAW GROUP
4
5                                             _____
6                                             LAWRENCE P. RAMIREZ
7                                             ATTORNEYS FOR PORTSTON, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28